SAMUEL W. MEISEL, Respondent, v. SPIELMAN MOTOR SALES Co., INC., and SPIELMAN CHEVROLET CORP., Appellants.— Action to recover compensation for services of the plaintiff as sales manager. Order granting a discovery and inspection modified by striking from the second ordering paragraph the words " and Spielman Chevrolet Corp.," and inserting after " October, 1938," the following: " and Spielman Chevrolet Corp., for the term commencing January, 1935, and ending October, 1938." As thus modified, the order is affirmed, without costs, the examination to proceed on five days' notice. Plaintiff is entitled to discovery and inspection (Clynne v. Scharf Bros. & Sons, Inc., 213 App. Div. 286, 288) only in reference to those causes of action where his employment contract provided that he should share in profits or where his compensation was contingent upon profits. (Clynne v. Scharf Bros. & Sons, Inc., supra; Thomas v. Waite Co., 113 App. Div. 494; Lockwood v. Bedell Co., 178 id. 695; Gemson v. Perreault, 201 id. 649; Burns v. Lipson, 204 id. 643; Fey v. Wisser, 206 id. 520.) The modification directed eliminates discovery and inspection as to the causes pleaded in which profits are not thus involved. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur. [See post, p. 939.]

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Plaintiff, v. CALLISTER BROTHERS, INC., PEOPLE OF THE STATE OF NEW YORK, Defendants. JOHN T. CALLISTER and WILLIAM L. CALLISTER, Appellants, Respondents; PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent, Appellant.— Order granting the petition of President and Directors of the Manhattan Company for leave to sue John T. Callister and William L. Callister on three promissory notes aggregating in principal amount $179,600, requiring the petitioner to credit the sum of $162,509.10, as of September 19, 1938, on their liability as endorsers on such notes, permitting the petitioner to commence an action to recover the balance due on such notes, after deducting from the aggregate principal amount of such notes, plus interest to the 19th day of September, 1938, the sum of $162,509.10, and to recover interest on the balance of principal remaining after said deduction, from September 19, 1938, in so far as appealed from, affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM APPUHN, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting him of the crimes of keeping slot machines or devices and keeping a gaming and betting establishment. (Penal Law, §§ 982 and 973.) Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.